Joseph E. Visage, Appellant, vs. Alice Irene Visage, Appellee.

Appeal from Circuit Court, Hillsborough county; Barron Phillips, Judge.

P. O. Knight and C. C. Whitaker, for Appellant.

No appearance for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.

Decision *Per Curiam.*